844

for petitioners. *Solicitor General Marshall, Arnold Ord-man, Dominick L. Manoli* and *Norton J. Come* for respondent.

No. 354. IMHOFF *v.* UNITED STATES. Ct. Cl. Certiorari denied. *John I. Heise, Jr.*, for petitioner. *Solicitor General Marshall* for the United States.

No. 356. PROVENZANO *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied. *Joseph F. Walsh* for petitioner. *Solicitor General Marshall, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Kirby W. Patterson* for the United States.

No. 358. INTRAVAIA ET AL. *v.* WIRTZ, SECRETARY OF LABOR. C. A. 9th Cir. Certiorari denied. *Solicitor General Marshall* for respondent.

No. 359. EASTMAN *v.* GARDNER, SECRETARY OF HEALTH, EDUCATION, AND WELFARE. C. A. 6th Cir. Certiorari denied. *Bernard I. Rosen* for petitioner. *Solicitor General Marshall* for respondent.

No. 361. LIONBERGER, DBA LIONBERGER'S AUTO PARTS *v.* UNITED STATES. Ct. Cl. Certiorari denied. *William T. Stephens* and *Grant R. Sykes* for petitioner. *Solicitor General Marshall* and *Assistant Attorney General Rogovin* for the United States.

No. 365. MOORE *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied. *Charles E. Gray* for petitioner. *Solicitor General Marshall, Assistant Attorney General Vinson* and *Beatrice Rosenberg* for the United States.

No. 396. CALIFORNIA CITIZENS BAND ASSOCIATION, INC. *v.* UNITED STATES ET AL. C. A. 9th Cir. Certiorari denied. *Clifton Hildebrand* for petitioner. *Solicitor General Marshall, Assistant Attorney General Turner,*